

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In re: Brian K. Melton

No. 06-15-00140-CR

Original Mandamus Proceeding

Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find that Relator's petition for writ of mandamus should be conditionally granted, directing the trial court to vacate the nunc pro tunc judgment of conviction entered January 8, 2003. The writ will issue only if the trial court fails to comply.

RENDERED OCTOBER 7, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk